# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**553**

**CAF 11-02466**

PRESENT: CENTRA, J.P., FAHEY, LINDLEY, SCONIERS, AND VALENTINO, JJ.

---

IN THE MATTER OF ROMAN E.A.
------------------------------------------
ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES,      MEMORANDUM AND ORDER
PETITIONER-RESPONDENT;

DANIELLE M., RESPONDENT-APPELLANT.
(APPEAL NO. 1.)

---

EVELYNE A. O'SULLIVAN, EAST AMHERST, FOR RESPONDENT-APPELLANT.

JOSEPH T. JARZEMBEK, BUFFALO, FOR PETITIONER-RESPONDENT.

DAVID C. SCHOPP, ATTORNEY FOR THE CHILD, THE LEGAL AID BUREAU OF
BUFFALO, INC., BUFFALO (CHARLES D. HALVORSEN OF COUNSEL).

---

Appeal from an order of the Family Court, Erie County (Margaret O. Szczur, J.), entered November 23, 2011 in a proceeding pursuant to Social Services Law § 384-b.  The order, among other things, adjudged that the subject child is the child of a mentally ill parent.

It is hereby ORDERED that said appeal is unanimously dismissed without costs.

Same Memorandum as in *Matter of Roman E.A.* ([appeal No. 2] ___ AD3d ___ [June 7, 2013]).

Entered:  June 7, 2013                          Frances E. Cafarell
                                                Clerk of the Court